UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARY E. VEZINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:10-cv-123-RLY-WGH |
| | ) |
| DILLARD DEPARTMENT STORE, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION TO COMPEL**

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on Plaintiff's Motion to Compel filed on February 10, 2011. (Docket No. 37). Dillard's Response to Plaintiff's Motion to Compel was filed on February 21, 2011. (Docket No. 38). No reply brief has been filed.

The Magistrate Judge, being duly advised, now **GRANTS, in part,** and **DENIES, in part,** the Plaintiff's Motion to Compel, as follows:

1. Interrogatory No. 1: The Motion to Compel is granted, and the Defendant shall respond to Interrogatory No. 1 for those store managers and assistant store managers at the Evansville store during the time period specified in the Plaintiff's Complaint.

2. Interrogatory No. 3: The Motion to Compel is denied.

3. Interrogatory No. 6: The Motion to Compel is denied. However, the Defendant must provide to the Plaintiff copies of any written documents upon

which it will rely at the summary judgment or trial stages to support its defense of the Plaintiff's claim.

4. Interrogatory No. 11: The Motion to Compel is granted, and the Defendant shall respond to the question: Did complaints from other employees contribute to his (Larry Runge) dismissal? If the answer is in the affirmative, a brief description of each complaint should be included in the answer.

5. Interrogatory No. 14: The Motion to Compel is granted, in part. The Defendant is directed to respond to Interrogatory No. 14, but only for the store manager and the Plaintiff's direct supervisor and for the time period specified in the Plaintiff's Complaint.

6. Interrogatory No. 17: The Motion to Compel is granted, but only to the extent the Plaintiff was disciplined in writing or if a memorialization of any verbal warning is made a part of the Plaintiff's personnel file.

7. Interrogatory No. 18: The Motion to Compel is granted, but only to the extent the Plaintiff was disciplined in writing or if a memorialization of any verbal warning is made a part of the Plaintiff's personnel file.

Any responses required by this order shall be completed within fifteen (15) days of the date of this order.

**SO ORDERED.**

**Dated:** April 15, 2011

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Copies to:**

David E. Crittenden
BOEHL STOPHER & GRAVES, LLP
dcrittenden@bsg-law.com

Jeffrey L. Hansford
BOEHL STOPHER & GRAVES, LLP
jhansford@bsg-in.com

Catherine A. Nestrick
BAMBERGER FOREMAN OSWALD & HAHN
cnestrick@bamberger.com

MARY E. VEZINA
8200 E. Heritage Dr.
Evansville, IN 47715